ELIZABETH T. PETERS, RESPONDENT, v. JOHN HANCOCK
MUTUAL LIFE INSURANCE CO., APPELLANT.

Submitted October 27, 1939—Decided January 25, 1940.

For the appellant, *Katzenbach, Gildea & Rudner.*

For the respondent, *David Kelsey* (*Joseph Fishberg,* of
counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for
the reasons expressed in the opinion delivered by Mr. Justice
Parker in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, CASE,
BODINE, HEHER, PORTER, HETFIELD, DEAR, WELLS, WOLFS-
KEIL, RAFFERTY, HAGUE JJ. 12.